**FILED - GR**
April 21, 2026 2:08 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JJM  SCANNED BY: 𝄖𝄖 𝓂𝓁𝓁

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MAYZE NICHOLS,

Defendant.

_____/

**1:26-cr-40**
**Robert J. Jonker - US District Judge**

**CLASS A MISDEMEANOR**
**INFORMATION**

The United States Attorney charges:

## COUNTS 1-2
## (Introduction of Misbranded Drugs into Interstate Commerce)

On or about the dates indicated below, in Van Buren and Ottawa counties, in the Southern Division of the Western District of Michigan, and elsewhere, the Defendant,

## MAYZE NICHOLS,

introduced and delivered, and caused to be introduced and delivered, into interstate commerce, the following misbranded prescription drugs, as defined in Title 21, United States Code, Section 353(b)(1), in that 1) they were dispensed without a written prescription of a practitioner licensed by law to administer such drugs; 2) their labeling falsely claimed they were products of the United States; and 3) their labeling did not bear adequate directions for use:

| Count | Date | Misbranded Drug – Trade Name | Misbranded Drug | Location Shipped From |
|---|---|---|---|---|
| 1 | 7/9/2024 | Hunger Hush | Semaglutide | Holland, Michigan |
| 2 | 1/16/2025 | Tirz Vials | Tirzepatide | Holland, Michigan |

and aided, abetted, counseled, commanded, induced, and procured the same.

21 U.S.C. § 331(a)
21 U.S.C. § 333(a)(1)
21 U.S.C. § 352
21 U.S.C. § 353(b)(1)(B)
18 U.S.C. § 2

Date: 4/20/2026

TIMOTHY VERHEY
United States Attorney

STEPHANIE M. CAROWAN
Assistant United States Attorney